■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. DELANEY, Appellant.— Upon stipulation, dated April 14, 1961, by the attorneys for the respective parties and by defendant in person, the appeal by defendant from judgment of the County Court, Queens County, rendered October 14, 1960, convicting him of assault in the second degree, is discontinued. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL T. HARRIS, Appellant.— Motion by respondent to dismiss appeal, denied. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. WILLIAM JOSEPH HARRIS, Defendant.— Motion by defendant for reconsideration of his motion to vacate an order dismissing his appeal and for other relief, denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL J. HOMCHAK, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; the appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE L. HUGHES, JR., Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's coram nobis application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LA CAVA, Appellant. (B) ROSE RAITI, Appellant, v. JAMES RAITI, Respondent. — [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.